# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TAPP INFLUENCERS, LLC, THE BLU MARKET INC.
and STEVEN FORKOSH

Plaintiff,

-v-

ESPIRE ADS, LLC, LISA NAVARRO, NATHANIEL CO,
CHARLES PUNAY and CPA VIRAL LLC,

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiffs (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 12/27/21

*Richard L. Herzfeld*
**Signature of Attorney**

**Attorney Bar Code:** 1130004

Form Rule7_1.pdf   SDNY Web 10/2007