IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

| Plaintiff | Case Number |

vs.

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

\_\_\_\_  Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

\_\_\_\_  Open       (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: *Richard L. Herzfeld* Date: _____

Firm: _____