

Espire Weekly Team Meeting

Tuesday, September 29, 2020  ·  12:00 – 1:30pm

Close

https://zoom.us/j/95641618415?pwd=VHdwR2dBSS...

8 guests
1 yes, 7 awaiting

Lisa Marie

Chuk Morka

Jenn Navarro

Kay Dinsdale

Lester Loor

Nick DiMartino

Peter Kicki

Steven Forkosh

Justin Emert is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

Going?    Yes ▾    No    Maybe    ∧






**From:** **Andrew Franz | Fluent** afranz@fluentco.com 📎
**Subject:** Espire - Fluent Follow up
**Date:** September 29, 2020 at 7:20 AM
**To:** Ryan Schulke | Fluent rschulke@fluentco.com, Carl Augustin | Fluent caugustin@fluentco.com, Matthew Koncz | Fluent mkoncz@fluentco.com, Lisa Marie lisa@espireads.com, Justin Emert justin.e@espireads.com, steven@espireads.com

Andrew Franz is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://fluentco.zoom.us/j/95106221914?
pwd=RUNWOExKNy81TVROUno5RGdnL2FOQT09

Meeting ID: 951 0622 1914
Passcode: 138258
One tap mobile
+16465588656,,95106221914#,,,,,,0#,,138258# US (New York)
+13017158592,,95106221914#,,,,,,0#,,138258# US (Germantown)

Dial by your location
        +1 646 558 8656 US (New York)
        +1 301 715 8592 US (Germantown)
        +1 312 626 6799 US (Chicago)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        877 853 5257 US Toll-free
        888 475 4499 US Toll-free
Meeting ID: 951 0622 1914
Passcode: 138258
Find your local number: https://fluentco.zoom.us/u/aAhEpxbcf

Mail Attachment

**From:** **Justin Emert** justin.e@espireads.com 
**Subject:** Updated invitation: Espire Team Zoom Call @ Wed Oct 7, 2020 2pm - 3:30pm (PDT) (lisa@espireads.com)
**Date:** October 7, 2020 at 11:22 AM
**To:** lisa@espireads.com, chuk@espireads.com, justin@espireads.com, steven@espireads.com, jenn@espireads.com, nick@espireads.com, kay@espireads.com, peter@espireads.com, lester@espireads.com, accounting@espireads.com

---

**This event has been changed.**

## Espire Team Zoom Call

| | |
|---|---|
| When | **Changed:** Wed Oct 7, 2020 2pm – 3:30pm Pacific Time - Los Angeles **more details »** |
| Where | https://zoom.us/j/97522801077 (map) |
| Joining info | Join with Google Meet |
| | meet.google.com/kvn-pfba-hwr |
| | Join by phone |
| | (US) +1 216-839-0209 (PIN: 947889921) |
| | More phone numbers |
| Calendar | lisa@espireads.com |
| Who | • justin.e@espireads.com - organizer |
| | • chuk@espireads.com |
| | • justin@espireads.com |
| | • steven@espireads.com |
| | • lisa@espireads.com |
| | • jenn@espireads.com |
| | • nick@espireads.com |
| | • kay@espireads.com |
| | • peter@espireads.com |
| | • lester@espireads.com |
| | • accounting@espireads.com |

Justin Emert is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/97522801077

Meeting ID: 975 2280 1077
One tap mobile
+13017158592,,97522801077# US (Germantown)
+13126266799,,97522801077# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Germantown)
        +1 312 626 6799 US (Chicago)
        +1 646 876 9923 US (New York)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 408 638 0968 US (San Jose)
Meeting ID: 975 2280 1077

Find your local number: https://zoom.us/u/ac8cd3fJfI

Going (lisa@espireads.com)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account lisa@espireads.com because you are subscribed for updated invitations on calendar lisa@espireads.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.


Mail Attachment


invite.ics

From: **Justin Emert** justin.e@espireads.com 
Subject: Invitation: Espire Team Growth Call @ Wed Oct 14, 2020 2pm - 3pm (PDT) (lisa@espireads.com)
Date: October 13, 2020 at 10:16 AM
To: lisa@espireads.com, justin@espireads.com, chuk@espireads.com, steven@espireads.com, nick@espireads.com, jenn@espireads.com, kay@espireads.com, peter@espireads.com, accounting@espireads.com, lester@espireads.com

---

**You have been invited to the following event.**

## Espire Team Growth Call

| | | |
|---|---|---|
| When | Wed Oct 14, 2020 2pm – 3pm Pacific Time - Los Angeles | **more details »** |
| Where | https://zoom.us/j/95128584186 (map) | |
| Joining info | Join with Google Meet | |
| | meet.google.com/djp-uzac-zss | |
| | Join by phone | |
| | (US) +1 484-841-5279 (PIN: 214494218) | |
| | More phone numbers | |
| Calendar | lisa@espireads.com | |
| Who | | |

- justin.e@espireads.com - organizer
- justin@espireads.com
- chuk@espireads.com
- steven@espireads.com
- lisa@espireads.com
- nick@espireads.com
- jenn@espireads.com
- kay@espireads.com
- peter@espireads.com
- accounting@espireads.com
- lester@espireads.com

Justin Emert is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/95128584186

Meeting ID: 951 2858 4186
One tap mobile
+13017158592,,95128584186# US (Germantown)
+13126266799,,95128584186# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Germantown)
        +1 312 626 6799 US (Chicago)
        +1 646 876 9923 US (New York)
        +1 408 638 0968 US (San Jose)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Meeting ID: 951 2858 4186

Find your local number: https://zoom.us/u/adZJgRRI3q

Going (lisa@espireads.com)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account lisa@espireads.com because you are subscribed for invitations on calendar lisa@espireads.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.



Mail Attachment



invite.ics