**September 17, 2021** | 4:15 pm

## COVID-19 Vaccines

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age **16** and older. Read more.

DETAILS  >

# Department of State
## Division of Corporations

## Entity Information

Return to Results     Return to Search

**Entity Details**

| | | | |
|---|---|---|---|
| **ENTITY NAME:** | TAPP INFLUENCERS CORP. | **DOS ID:** | 5844565 |
| **FOREIGN LEGAL NAME:** | | **FICTITIOUS NAME:** | |
| **ENTITY TYPE:** | DOMESTIC BUSINESS CORPORATION | **DURATION DATE/LATEST DATE OF DISSOLUTION:** | |
| **SECTIONOF LAW:** | 402 BCL - BUSINESS CORPORATION LAW | **ENTITY STATUS:** | Active |
| **DATE OF INITIAL DOS FILING:** | 09/25/2020 | **REASON FOR STATUS:** | |
| **EFFECTIVE DATE INITIAL FILING:** | 09/25/2020 | **INACTIVE DATE:** | |
| **FOREIGN FORMATION DATE:** | | **STATEMENT STATUS:** | CURRENT |
| **COUNTY:** | New York | **NEXT STATEMENT DUE DATE:** | 09/30/2022 |
| **JURISDICTION:** | New York, United States | **NFP CATEGORY:** | |

ENTITY DISPLAY      NAME HISTORY      FILING HISTORY      MERGER HISTORY      ASSUMED NAME HISTORY

Service of Process Name and Address

**Name:**  THE CORPORATION

**Address:**  400 BROOME STREET, 11TH FLOOR, NEW YORK, NY, United States, 10013

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Name and Address

**Name:**

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| PAR VALUE | 1,000 | $1.00 |

**January 2, 2022** | 4:27 pm

## COVID-19 Vaccines

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER >

# Department of State
## Division of Corporations

## Entity Information

Return to Results      Return to Search

**Entity Details**

**ENTITY NAME:** TAPP MARKET INFLUENCERS LLC

**DOS ID:** 6207674

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** Active

**DATE OF INITIAL DOS FILING:** 06/28/2021

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/28/2021

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** New York

**NEXT STATEMENT DUE DATE:** 06/30/2023

**JURISDICTION:** New York, United States

**NFP CATEGORY:**

ENTITY DISPLAY      NAME HISTORY      FILING HISTORY      MERGER HISTORY      ASSUMED NAME HISTORY

Service of Process Name and Address

**Name:** steven forkosh

**Address:** 400 broome street, 11th floor, NEW YORK, NY, United States, 10013

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |