Agreement dated October 31, 2020 by and between Steven Forkosh ("Forkosh"), residing at 117 E., 57th Street #31H , New York, New York, 10022, The Blu Market, LLC ("The Blu Market"), with offices at 400 Broome Street, New York, NY, Lisa Navarro ("Navarro"), residing at 6065 Riverside Ave., Riverside CA 92506 and Espire Ads, LLC ("Espire"), with offices at 3610 Central Avenue, Riverside, CA 92506. All entities make up ("The Company")1.

The parties have previously entered into an agreement dated August 27, 2020 regarding their operations going forward (the "Agreement").

2. The provisions of the Agreement were never effectuated.

3. The Agreement is hereby rescinded and is null and void.

4. Navarro shall have no right or obligations with respect to The Blu Market, LLC or any other entity in which Steven Forkosh has an interest.

5. Forkosh shall have no rights or obligations with respect to Espire Ads, LLC or any entity in which Navarro has an interest.

6. This agreement may be delivered by successful facsimile or e-mail or electronic transmission, and a facsimile or e-mail or electronic copy signed by the parties shall have the same force and effect as if same contained original signatures.

                                 _____
                                 Steven Forkosh, individually and on behalf of
                                 THE BLU MARKET, LLC

_____
                                 Lisa Navarro, individually and on behalf of
                                 ESPIRE ADS, LLC

On Sat, Oct 31, 2020 at 3:24 PM Richard Herzfeld <rherzfeld@herzfeldlaw.com> wrote:
Steven said they signed. Please check

Sent from my iPhone

On Oct 31, 2020, at 11:12 AM, Jeffrey R. Klein <jrk@fisherwolfe.com> wrote:

Richard,

Clause No. 1 states that the parties entered into the agreement on 8/27/20. To my knowledge, the deal was never executed by either party. As such, I have revised with the proposed redlined changes and with minor additional revisions.

Please let me know your thoughts.

Best,

Jeff

**Jeffrey R. Klein  |  Attorney at Law**
D: 310.278-4300 x105  |  F: 310.278-5430  |  jrk@fisherwolfe.com

**Fisher & Wolfe LLP**
9401 Wilshire Boulevard, Suite 640
Beverly Hills, California 90212
O: 310.278-4300  |  FisherWolfe.com

Notice: This message and any attachment(s) are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient and have received this email in error, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or any attachment, disclose the contents to any other person, or take any action in reliance on this message or any attachment.