UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TAPP MARKET INFLUENCERS, LLC, THE BLU
MARKET INC. and STEVEN FORKOSH

              Plaintiffs,

   -against-

ESPIRE ADS, LLC, KVRMA, LLC, LISA NAVARRO,
NATHANIEL CO, CHARLES PUNAY, CPA VIRAL LLC,
D/B/A TAPMOB AND JASPER PANGILINAN

             Defendants
------------------------------------------------------------------------x

Case No.1:21-cv-11068-CGLC-GWG

REQUEST TO WITHDRAW
APPEARANCE AS COUNSEL

**MEMORANDUM ENDORSED**

To the Clerk of the Court and All Counsel

    Richard L. Herzfeld and Richard L. Herzfeld P.C. , co-counsel of record for plaintiffs, respectfully move this Court for an order granting the instant request to withdraw as counsel for plaintiffs.   Kasowitz Benson Torres LLP shall continue as counsel of record.

Dated:  New York, New York
       February 26, 2024

                             Richard L. Herzfeld, P.C.

                             *Richard L. Herzfeld*
                             By: RICHARD L. HERZFELD
                             Attorneys for Defendants
                             112 Madison Avenue
                             8th Floor
                             New York, New York  10016
                             (212) 818-9019
                             RHERZFELD@HERZFELDLAW.COM

Application to withdraw granted.

So Ordered.

*Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 27, 2024